IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) THE STATE OF OKLAHOMA,**<br>E. Scott Pruitt<br>Attorney General<br><br>and<br><br>**(2) DOMESTIC ENERGY PRODUCERS ALLIANCE,**<br><br>           Plaintiffs,<br>   v.<br><br>**(1) DEPARTMENT OF THE INTERIOR,**<br><br>**(2) SALLY JEWELL**, in her official capacity as Secretary, U.S. Department of the Interior,<br><br>**(3) FISH & WILDLIFE SERVICE**, a part of the Department of the Interior,<br><br>**(4) DANIEL M. ASHE**, in his official capacity as Director of the Fish & Wildlife Service, U.S. Department of the Interior,<br><br>**(5) GARY FRAZER**, in his official capacity as Assistant Director for Endangered Species at the Fish and Wildlife Service, U.S. Department of the Interior, and<br><br>**(6) DIXIE PORTER**, in her official capacity as the Field Supervisor, Oklahoma Ecological Services Field Office, Fish & Wildlife Service, Tulsa, OK,<br><br>           **Defendants.** | No. 14-CV-123-TCK-PJC |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

     A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**Domestic Energy Producers Alliance ("DEPA")**

who is a  √  PLAINTIFF ☐ DEFENDANT in this action, makes the following disclosures:

1. **Is party a publicly held corporation or other publicly held entity?**

   (check one)  ☐ Yes   √  No

2. **Does party have any parent corporations?**

   (check one)  ☐ Yes   √  No

   If YES, identify all parent corporations, including grandparent and great grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (check one)  ☐ Yes   √  No

   If YES, identify all such owners:


4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (check one)  ☐ Yes   √  No

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (check one)       √  Yes  ☐ No

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   *See* attached list of Members with Member-Companies listed in alpha-order and individual members following.

   **Caveat:**  A list of those members which are publicly held companies will be provided as soon as practicable and an Amended Corporate Disclosure Statement will be filed, hopefully, within the week.

2

**DATED:** March 24, 2014

Respectfully submitted,

*s/Gerald L. Hilsher*
Gerald L. Hilsher, OBA #4218
Robert J. Joyce, OBA #12728
Jessica John Bowman, OBA #30388
McAFEE & TAFT
A Professional Corporation
1717 S. Boulder Ave., Suite 900
Tulsa, Oklahoma 74119
(918) 587-0000 - Telephone
(918) 599-9317 - Facsimile
gerald.hilsher@mcafeetaft.com
robert.joyce@mcafeetaft.com
jessica.johnbowman@mcafeetaft.com

John C. Martin (*pro hac vice*)
Duane A. Siler (*pro hac vice*)
Susan M. Mathiascheck (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
(202) 624-2500
David D. Freudenthal
Crowell & Moring LLP
205 Storey Blvd.
Cheyenne WY  82009
jmartin@crowell.com
dsiler@crowell.com
smathiascheck@crowell.com
dfreudenthal@crowell.com

ATTORNEYS FOR PLAINTIFF
THE DOMESTIC ENERGY PRODUCERS
ALLIANCE

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

                                                                                     /s/*Gerald L. Hilsher*          
                                                                                     Gerald L. Hilsher

Domestic Energy Producers Association Members

|  | A | B | C |
|---|---|---|---|
| 1 | **Company Name** | **First Name** | **Last Name** |
| 2 | AG Andrikopoulos Resources, Inc. | Anthony | Andrikopoulos |
| 3 | Alexander Operating, LLC | Bobby | Alexander |
| 4 | Altman Energy, Inc. | Ronny | Altman |
| 5 | American Warrior, Inc. | Cecil | O'Brate |
| 6 | Anchor Drilling Fluids USA, Inc. | Robert | West |
| 7 | Apache Corporation | Obie | O'Brien |
| 8 | Ardmore Production & Exploration Company | Jerri | Buckmaster |
| 9 | Ardmore Production & Exploration Company | Charles | Teacle |
| 10 | Ardmore Production Co. | C.E. | Teacle, II |
| 11 | Armor Petroleum |  |  |
| 12 | Armstrong Operating | M.J. | Armstrong |
| 13 | Armstrong Tool, LLC | Larry | Armstrong |
| 14 | Arrow Energy | Randall & Shirley | Pogue |
| 15 | Arrow Oil & Gas | Courtney | Brackin |
| 16 | Arrowhead Energy, Inc. | William | Varner |
| 17 | Artex Oil Company |  |  |
| 18 | Atlanta Exploration Company |  |  |
| 19 | B&B Builders, Inc. | Roger | Byer |
| 20 | B&J Appliance | Doug | Kapka |
| 21 | B.E. Conway Energy, Inc. | Bruce | Conway |
| 22 | B.E. Quinn & Sons | B.E. | Quinn, III |
| 23 | B.O.P. Ram Block & Iron Rentals, Inc. | Sammie | Villines |
| 24 | B29 Investments, LP | John | Schmitz |
| 25 | Bachman Services | Andrew | Bachman |
| 26 | Bakken Equipment Rentals LLC |  |  |
| 27 | Ballard Petroleum Holdings LLC | William | Ballard |
| 28 | Bandera Drilling Company, Inc. | Ray | Brazzel |
| 29 | Banner Corporation | Roger | Allen |
| 30 | Baranko Brothers, Inc. | Glenn | Baranko |
| 31 | Barrow-Shaver Resources Company |  |  |
| 32 | Basic Energy Services | Doug | Rogers |
| 33 | Bear Petroleum Inc. | Dick | Schremmer |
| 34 | Beck Oilfield Supply | Don | Webb |
| 35 | Beck Resources, Inc. | Terry | Beck |
| 36 | Benson-McCown & Co. | James | McCown |
| 37 | Berenergy Corporation | Bob | Goodyear |
| 38 | Bigard & Huggard Drilling, Inc. | Steven | Bigard |
| 39 | BioTech, Inc. | Deac | Dodd |
| 40 | BNC, Inc. | Barth | Bracken |
| 41 | Bogert Energy, LLC & BOGO Energy Corp. | Richard | Bogert |
| 42 | Bogo Energy Corp. | Al | Smiley |
| 43 | Bostick Services Corporation | Mike | Bostick |
| 44 | Brammer Pipe & Steel, Inc. | Larry | Brammer |
| 45 | Brehm Oil, Inc. | Stacy | Tate |

Domestic Energy Producers Association Members

|   | A | B | C |
|---|---|---|---|
| 1 | **Company Name** | **First Name** | **Last Name** |
| 46 | Brito Oil Company, Inc. | Raul | Brito |
| 47 | Brown & Borelli, Inc. | Steven | Altman |
| 48 | BS & Bob Sandridge | Robert | Sandridge |
| 49 | Bulldog Specialties, Ltd. | Gene | Kirby |
| 50 | Bulldog Specialties, Ltd. | | |
| 51 | Bullseye Opearting, LLC | Robert | Kane |
| 52 | Burk Royalty Co. | David | Kimbell |
| 53 | Byrd Operating Company | Jack | Byrd |
| 54 | C&E Operators, Inc. | M.W. | Carr |
| 55 | C. Walter Dobie & Assoc. | C. Walter | Dobie |
| 56 | C.E. Harmon Oil, Inc. | Brian | Harmon |
| 57 | C.E. Harmon Oil, Inc. | Charles | Harmon |
| 58 | C3 Cattle Co. | Kenneth | Cottrill |
| 59 | Cabot Oil & Gas Corporation | | |
| 60 | Cattlemans Oil Company | Leo | Dorzweiler |
| 61 | Central Chermical | Chris | Scott |
| 62 | Charter Energy | | |
| 63 | Charter Energy Inc. | Steve | Baize |
| 64 | Chisos, Ltd. | | |
| 65 | Cimarron Production Co. | Pete | Brown |
| 66 | Cimarron Production Company, Inc. | Joseph | Warren |
| 67 | Circle G. Petroleum & Greene Enterprises, Inc./ 6G Twister | Lee | Greene |
| 68 | Cirrus Production Company | Peter | Gill |
| 69 | CL Frates | Steve | Payne |
| 70 | Clear Fork, Inc. | Robert | Eagle |
| 71 | Cleary Petroleum Corporation | Doug | Cleary |
| 72 | Clindco, Inc. | Robert | Beard |
| 73 | Clock Investment Company | Claude | Obar |
| 74 | Coastal Exploration, Inc. | Julius | Ridgway, Sr. |
| 75 | COG Operating, LLC | Robert | Ready |
| 76 | Coil Chem LLC | Jerry | Noles |
| 77 | Colton Exploration Company | E.G. | Colton, Jr. |
| 78 | Columbus Oil company | Darlene | Wallace |
| 79 | Condor Petroleum, Inc. | Ronald | Koehler |
| 80 | Conroe Machine LLC | | |
| 81 | Continental Resources | Harold | Hamm |
| 82 | Continental Resources | Zachary | Harrel |
| 83 | Continental Resources | Tom | Luttrell |
| 84 | Continental Resources | Rick | Muncrief |
| 85 | Continental Resources | Randy | Rogers |
| 86 | Continental Resources | Jack & Mary | Stark |
| 87 | Continental Resources | Skip | Wood |
| 88 | Continental Resources Inc. | Gary | Johnson |
| 89 | Copperhead Corp. | Mike | Fitzmaurice |

Domestic Energy Producers Association Members

|     | A | B | C |
| --- | --- | --- | --- |
| 1 | **Company Name** | **First Name** | **Last Name** |
| 90 | Costa Lomo Limited Corporation | James | Wilkinson |
| 91 | Courson Oil & Gas | Harold | Courson |
| 92 | Courson Oil & Gas | L. Kirk | Courson |
| 93 | CTAP, LLC | Duke | Altschever |
| 94 | Cummings Oil Company | Brent | Cummings |
| 95 | Cummings Oil Company | Sean | Cummings |
| 96 | Cyclone Drilling | J. Patrick | Hladky |
| 97 | D&B Oil, Inc. | Ed | Barham |
| 98 | D&B Oilfield & D&B Fabrication | Preston | Jones |
| 99 | D.S.&W. Well Servicing Inc. | Ed | Nemnich |
| 100 | David Schillinger Construction Inc. | David | Schillinger |
| 101 | Deep Rock Energy Corporation | Ben | Webster |
| 102 | Delray Oil , Inc. | Walter | Brown |
| 103 | Delta D Operations, Inc. | Renee | Harden-Wiggins |
| 104 | Denbury Resources | Jack | Coleman |
| 105 | Denbury Resources | J. Greg | Schnacke |
| 106 | Devilbiss Coring Service, Inc. | Virgil | Devilbiss |
| 107 | Devon Energy | J. Phil | Jones |
| 108 | Dickie, McCamey & Chilcote | Jason | Ott |
| 109 | Dillingham Insurance | | |
| 110 | DLD Enterprises | David | Scheanen |
| 111 | D-Mill Production Inc. | Dale | Miller |
| 112 | Double EE Service | Russel | Evitt |
| 113 | Downing Wellhead Equipment | Gene | Downing |
| 114 | Dreiling Oil, Inc. | Joe | Hess |
| 115 | Dugan Production | Tom | Dugan |
| 116 | Duncan Oil Properties | Walt | Duncan IV |
| 117 | DWR Energy, LP | Dale | Rufenacht |
| 118 | East Resources | Terrence | Pegula |
| 119 | Electric Service Company | Richard | Wright |
| 120 | Empire Oil Company | Bill | LaCrosse |
| 121 | Empire Petroleum Corp. | A.E. | Whitehead |
| 122 | EnCap Investments | Robert | Zorich |
| 123 | EnCap Investments | | |
| 124 | Encore Energy, Inc. | George | Todd |
| 125 | Enid Chamber of Commerce | | |
| 126 | Enviro Clean Products & Services | Ken | Murphy |
| 127 | Equitable Royalty Corporation | Daniel | Waring |
| 128 | Estate Oil & Gas Corporation | Ray | Eubank |
| 129 | Exco Resources, Inc. | Chase | Reid |
| 130 | Falcon Oil Properties | | |
| 131 | Fechner Pump & Supply, Inc. | John | Fechner |
| 132 | Felderhoff Production | Mark | Metzler |
| 133 | Felderhoff Production Co. | | |

Domestic Energy Producers Association Members

|     | A | B | C |
| --- | --- | --- | --- |
| 1 | **Company Name** | **First Name** | **Last Name** |
| 134 | First Equity Resources | Jeff | Mowry |
| 135 | Fisher Production Services, Inc. | Paula | Olmstead |
| 136 | Fite Oil & Gas | David | Fite |
| 137 | Five States Energy Company | James | Gibbs |
| 138 | Flint Energy Services, Inc. | Gene | Hallman |
| 139 | Foreman Enterprises, Inc. | Jim | Meyer |
| 140 | Fossil Energy Inc. | James | Caylor |
| 141 | Fractal Oil & Gas | | |
| 142 | Francis Casing Crews Inc. & Corrosion DC, Inc. & Relative Investment Company | John | Francis |
| 143 | Frazier Energy Ventures | | |
| 144 | Gainesville Fuel, Inc. | Franki | Saldivar |
| 145 | Galaxy Oil | R.D. | Evitt |
| 146 | Gates Mineral Company, LTD. | Tom | Gates |
| 147 | Gene F. Lang & Company / GFL & Associates, LLC | Gene | Lang |
| 148 | Generators of Gillette | LeLand | Hove |
| 149 | Geo Drilling Fluids | Jim | Clifford |
| 150 | Geo. N. Mitchell Drilling Company, Inc. | Geo | Mitchell |
| 151 | Geopetro LLC | Paul | Archer |
| 152 | Ginnings Company | Josh | Ginnings |
| 153 | Glassell Producing Company | Alfred | Glassell III |
| 154 | GO Wireline | | |
| 155 | Goldston Oil Corporation | Tad | Mayfield |
| 156 | Grand Electric Cooperative, Inc. | Colle | Nash |
| 157 | Great Plains Well Logging | Chris | Craighead |
| 158 | Greater Enid Chamber of Commerce | John | Blankenship |
| 159 | Greg's Welding, Inc. | Greg | Dougherty |
| 160 | Guest Petroleum, Inc. | David | Guest |
| 161 | Gungoll, Jackson, Collins, Box & Devoll, P.C, | Stephen | Gungoll |
| 162 | Gunn Oil Company | Donald | Hupp |
| 163 | Halliburton | Jeff | Miller |
| 164 | Hamm Financial Group | Bert | Mackie |
| 165 | Harwood Capital | Thomas | Swaney |
| 166 | Hawley Desimon | Lois | Miller |
| 167 | HB Bit Company | David | Brenner |
| 168 | HB Bit Company | David | Hardwick |
| 169 | Henigman Oil Company, Inc. | | |
| 170 | HGN Operating | Buddy | Napier |
| 171 | HHB Ltd. Partnership | Haskell | Bass, Jr. |
| 172 | Hi Tec Oil | | |
| 173 | Hope Oil & Gas Corporation | | |
| 174 | Horizon Mud Company | | |
| 175 | Hot Wheels Services, Inc. | Gene | Trudell |
| 176 | HP Slagel Producing Company | | |

Domestic Energy Producers Association Members

|     | A | B | C |
| --- | --- | --- | --- |
| 1   | **Company Name** | **First Name** | **Last Name** |
| 177 | HSPG & Association, P.C. | Patrick | Hollingsworth |
| 178 | Hughes Eastern Corporation | Emil | Pawlik |
| 179 | Hurley Enterprises, Inc. | Vess | Hurley |
| 180 | Hurley Oil Properties | G. William | Hurley |
| 181 | Hydrostatic Oil Tools | Billy | Pharr |
| 182 | Independent Petroleum | Mark | Cromwell |
| 183 | Inland Oil & Gas Corporation | Lynn | Moser |
| 184 | Integrated Energy Services | Bob | Barba |
| 185 | Ishkanian Oceanographic | Byron | Ishkanian |
| 186 | J&M Trucking | Jim | Campbell |
| 187 | J. Fred Hambright Inc. | J. Fred | Hambright |
| 188 | J.C. & W.F. Reynolds | Jacelyn | Hall |
| 189 | J.S. Person Inc. | James Sydney | Person |
| 190 | Jackson Tool Co., Inc. | Allen | Jackson |
| 191 | James D. Lindemann Drilling, Production, & Ranching | James | Lindemann |
| 192 | James K. Anderson, Inc. | James | Anderson |
| 193 | January Investments LLC | Ron | Arvine |
| 194 | JC Thompson, Operator LLC | J.C. | Thompson |
| 195 | Jerrold L. Biggs | Jerry | Biggs |
| 196 | JMA Energy Company, LLC | Robert | McCutcheon |
| 197 | John O. Farmer, Inc. | John | Farmer |
| 198 | John R. Parish | John | Parish |
| 199 | Jones Construction Service | Clifford | Jones |
| 200 | Jones County Minerals, Inc. | Richard & Judith | Harris |
| 201 | JTD Resources, LLC | Dan | Leonard |
| 202 | Jumpstart Energy Services, LLC | John | Gray |
| 203 | J-W Power Company | Don | Bizzell |
| 204 | K.S. Oil Company | K.E. | Smith |
| 205 | Keener Oil & Gas Company | Dewey | Bartlett, Jr. |
| 206 | Kelton Company | Tom | Sylte |
| 207 | Kingery Production Company | David | Little |
| 208 | Kingfisher Resources, Inc. | Don | Rodolph |
| 209 | Kirby Oil Company | Dr. David | Kirby |
| 210 | Kleimor Energy LLC | Gary | Kleiman |
| 211 | Knapp Oil Corporation | David | Knapp |
| 212 | Kopco, Inc. | J.B. | Red |
| 213 | KPL Production Company, LLC | John | Yoeckel |
| 214 | KWR Ventures, LLC | Kevin | Reimer |
| 215 | L.C.S. Production Company |  |  |
| 216 | Ladd LLC | Randal | Haley |
| 217 | Lahoil, Inc. | Kim | Harris |
| 218 | Lakota Energy |  |  |
| 219 | Lakota Energy, Ltd. |  |  |

Domestic Energy Producers Association Members

|   | A | B | C |
|---|---|---|---|
| 1 | **Company Name** | **First Name** | **Last Name** |
| 220 | Lance Ruffel Oil & Gas Corporation | Lance | Ruffel |
| 221 | Landers Oil & Gas Company | Philip | Landers |
| 222 | Lane's Motor Freight Lines | Mike | Hensal |
| 223 | Laramie Energy II, LLC | Robert | Boswell |
| 224 | Larry O. Hulsey & Company | Larry | Hulsey |
| 225 | Las Remojadas Corporation | | |
| 226 | Lasso Corporation | Linda | Lambert |
| 227 | Latshaw Drilling | Trent | Latshaw |
| 228 | Latshaw Drilling Company | Debbie | Holloway |
| 229 | Leam Drilling Systems, Inc. | Danny | Childers |
| 230 | Lear Energy, Inc. | Wilburn | Lear |
| 231 | Lee Supply Company, Inc. | Michael | Lee |
| 232 | LEL Energy | Larry | Lee |
| 233 | Lewis & Clark Exploration Company | Donald | Hembre |
| 234 | Lewis A. Hembree Production Company | Lewis | Hembree |
| 235 | Lewis Manufacturing Company | Hilda | Lewis |
| 236 | Link Oil Co. | Robert | Lyon, Jr. |
| 237 | Linn Operating, Inc. | Jim | Standley |
| 238 | Lucky Rental Tool, LLC & Lucky Services, Inc. | Dwayne | Taylor |
| 239 | LuGreg Trucking, LLC | Greg | Kannady |
| 240 | M&M Oil Company | Danny | McCormick |
| 241 | M&M Supply Company | Randy | Trachtenberg |
| 242 | M&M Supply Company, LLC | | |
| 243 | Mack Energy Co. | Tom | McCasland, III |
| 244 | Mack Energy Company | Tom | McCasland, Jr. |
| 245 | Mansefeldt Investments | Tucker | Bridwell |
| 246 | Mar Oil & Gas Corporation | Leon | Romero |
| 247 | Masada Development Company | William | Russell |
| 248 | Mathena Inc. | Harold | Mathena |
| 249 | Mathena, Inc. | John | Mathena |
| 250 | McCammon Oil & Gas, Inc. | Mike | McCammon |
| 251 | McKay Oil & Gas, LLC | William | Mayhew |
| 252 | Meade Energy | Virginia | Meade |
| 253 | Medders Oil Company, Inc. | Tom | Medders, III |
| 254 | Mekusukey Oil Company, LLC | Duke | Ligon |
| 255 | Mendenhall Drilling, Inc. | Ron | Mendenhall |
| 256 | Meridian Energy Inc. | Neal | Lafon |
| 257 | Meridian Oil & Gas Corporation | Don | Pumphrey |
| 258 | Merrifield Office Plus | Stan | Merrifield |
| 259 | Mid-Con Energy Operating, Inc. | Randy | Olmstead |
| 260 | Midstate Reclamation S.D., LLC | Ken | Fechtner |
| 261 | Midstate Reclamation S.D., LLC | Katie | Johnson |
| 262 | Midstate Reclamation S.D., LLC | Thomas | Johnson |
| 263 | Midstate Reclamation S.D., LLC | Dan | Schellhammer |

Domestic Energy Producers Association Members

|   | A | B | C |
|---|---|---|---|
| 1 | Company Name | First Name | Last Name |
| 264 | Midstates Petroleum Company, LLC | Gary | Turner |
| 265 | Midwest Enterprises | Olin | Rising |
| 266 | Miller Insulation Company, Inc. | Brad | Miller |
| 267 | Miller-Norris Services, Inc. | Michael | McLaughlin |
| 268 | Mills Well Service | Roger | Mills |
| 269 | Miracle Production, Inc. | Harold | Poage |
| 270 | Missouri Basin Well Service | James | Arthaud |
| 271 | Missouri River Royalty Corporation |   |   |
| 272 | Mitchell Law Office, PC | Ben | Mitchell |
| 273 | Mitchell Royalty | Victor | Mitchell |
| 274 | Mitchell's Oil Field Service |   |   |
| 275 | Mitchell's Oil Field Service, Inc. |   |   |
| 276 | MonDak Portables, LLC | Barb | Rogers |
| 277 | Montana & Wyoming Oil Company |   |   |
| 278 | Montgomery Exploration | Don | Montgomery, Jr. |
| 279 | Moran Oil Enterprises | Melvin | Moran |
| 280 | Morey Family, LLC | John | Morey |
| 281 | Morgenstern Family Equities | Todd | Morgenstern |
| 282 | Mountain Divide, LLC | Patrick | Montalban |
| 283 | Mountain States Environmental Services, Inc. | Shelley | Fimrite |
| 284 | MSC Corporation | Bruce | McIntyre |
| 285 | Mt. Dora Energy, LLC | Kelly | Kirkland |
| 286 | MTM Petroleum, Inc. | Marvin | Miller |
| 287 | Muslow Oil & Gas, Inc. | Eric | Weiss |
| 288 | MWM Oil Company, Inc. | Ben | Giles |
| 289 | Nerd Gas Company | Neil | McMurry |
| 290 | Neset Consulting Service, Inc. | Kathleen | Neset |
| 291 | New Dominion, LLC | Kevin | Easley |
| 292 | New Prospect Company | Richard | Howard |
| 293 | Newkumet Exploration | Wayne | Newkumet |
| 294 | Nike Exploration Company | John | Nikkel |
| 295 | NM Ventures LLC | Tom | Stratton |
| 296 | Noble Resources | Stan | Noble |
| 297 | Noble Resources, Inc. |   |   |
| 298 | Nomac Drilling, LLC | Jay | Reed |
| 299 | NorAm Wellsite Services | Derryl | Chapman |
| 300 | Northern Oilfield Services, Inc. | Bart | Horner |
| 301 | Northern States Completions, Inc. | Rickey | Green |
| 302 | Norton Energy Drilling | Jay | Norton |
| 303 | O'Connor & Hewitt, Ltd. | Robert | Hewitt |
| 304 | OIPA | Mike | Terry |
| 305 | Oliphant Energy | Allen | Oliphant, Jr. |
| 306 | O'Neal Drilling | Pat | O'Neal |
| 307 | Oscura Resources | Rolla | Hinkle III |

Domestic Energy Producers Association Members

|     | A | B | C |
| --- | --- | --- | --- |
| 1 | Company Name | First Name | Last Name |
| 308 | O'Toole Exploration | Michael | O'Toole |
| 309 | Pacific Operating Company | Daniel | Finley |
| 310 | Palm Oil and Gas Company | David | Palm |
| 311 | Panther Energy Company, LLC | Berry | Mullennix |
| 312 | Paragon Production Company | Robert | Harmon |
| 313 | Parks Oil Tools LLC | Roger | Parks |
| 314 | Perkins Energy Company | Jerry | Roop |
| 315 | Permian Basin Petroleum Association | Ben | Shepperd |
| 316 | PetroMat, LLC | Michael | Terry |
| 317 | Piceance Energy, LLC |  |  |
| 318 | Pinnacle Energy Services | John Paul | Dick |
| 319 | PJW Exploration & Development | Patrick | Whelan |
| 320 | Plaster & Wald Consulting Corporation | Lester | Wald |
| 321 | Potts Exploration | Mark | Potts |
| 322 | Potts Exploration, LLC | Ray | Potts |
| 323 | Pre-MC, Inc. | Danny | McDougal |
| 324 | Premier Powerplants & Pumps | Kim | Brown |
| 325 | Primexx Operating Corporation | Tom | Fagadau |
| 326 | Purvis Oil Corporation | J.H. | Purvis |
| 327 | Q.T., Inc. | Patrick | Griffith |
| 328 | Questa Energy Corporation | Dale | Rufenacht |
| 329 | Rainbow Gas Company/Missouri River Royalty Corporation |  |  |
| 330 | RAMMM LLC | Randall | Sullivan |
| 331 | Reddy Pipe & Supply | E.P. | Reddy |
| 332 | Redfern Enterprises, Inc. | Rosalind | Redfern Grover |
| 333 | Redman Inc. | Karl | Reddies |
| 334 | Rhino Energy, LLC | Dick | Caruthers |
| 335 | Rick Caruthers Construction Inc. | Rick | Caruthers |
| 336 | Rite Way Const. Oil Country Pipe Supply & CED L.C. | C.E. | Dinsmore |
| 337 | RKI Exploration & Production | Ronnie | Irani |
| 338 | Rob Phipps Consulting, LLC | Rob | Phipps |
| 339 | Robert C. Herr III | Robert | Herr III |
| 340 | Robert R. Cantrell | Robert | Cantrell |
| 341 | Robinowitz Oil Company | Milton | Wolff |
| 342 | Roger Hicks & Associates Group Insurance, Inc. | Roger | Hicks |
| 343 | Rosecrans Energy | Sherwin | Yoelin |
| 344 | RP Small Corporation | Richard | Small |
| 345 | RPM Consulting, Inc. | Kyle | Ramsdell |
| 346 | Russell Oil, Inc. | LeRoy | Holt |
| 347 | Russell Oil, Inc. | Ivan | LeRoy Holt II |
| 348 | Russell Oilfield Service |  |  |
| 349 | Schankie Well Service |  |  |

Domestic Energy Producers Association Members

|   | A | B | C |
|---|---|---|---|
| 1 | **Company Name** | **First Name** | **Last Name** |
| 350 | Schankie Well Service, Inc. | Randall | Schankie |
| 351 | Schlachter Operating Corporation | Daniel | Schlachter |
| 352 | Schlumberger | Don | Cameron |
| 353 | Seely Oil Company | Charlie | Seely |
| 354 | Sequoia Exploration, Inc. | Tim | Smale |
| 355 | Shebester-Bechtel, Inc. | Brad | Bechtel |
| 356 | Sheridan Production Company, LLC | Eric | Harry |
| 357 | Short Oil Co. | Mark | Short |
| 358 | Sidney Rental Inc. | Dennis | Lorenz |
| 359 | Sipple Oil Company | Jim | Sipple |
| 360 | Slawson Exploration Company, Inc. | Steve | Slawson |
| 361 | Slope Electric Cooperative |  |  |
| 362 | Smith Tico, Inc. | Ron | Smith |
| 363 | Snake City Ent, Ltd. | Kenneth | Becker |
| 364 | Snowmass Energy Partners, Ltd. | Tom | Taylor |
| 365 | SNS Oil & Gas Properties, Inc. |  |  |
| 366 | Snyder Partners & Tex-OK Energy, LP | R. Blaine | Snyder |
| 367 | South Burbank Petroleum, Shackelford Oil Company | Don | Shackelford |
| 368 | Southern Minnesota Oil Services, LLC |  |  |
| 369 | Spess Lease Operations | Carol | Spess |
| 370 | Spindletop Oil & Gas Company | Chris | Mazzini |
| 371 | SpiritBank | Albert | Kelly, Jr. |
| 372 | Spring Operating Company | Robert | Spring |
| 373 | St. Louis Well Servicing Company | Michael | Goodnight |
| 374 | Staghorn Energy |  |  |
| 375 | Statoil | Lance | Langford |
| 376 | Steamboat Energy | John | Lamb |
| 377 | Stephen Smith Family & Company | Stephen | Smith |
| 378 | Stephens & Johnson Operating Company | Max | Vordenbaum |
| 379 | Sterling Exploration, LLC | Mike | McDonald |
| 380 | Stetson Petroleum Corporation |  |  |
| 381 | Sullivan & Company | Bob | Sullivan |
| 382 | Super Heaters of North Dakota LLC | Carl | Robertson |
| 383 | Super Heaters, LLC | Mark | Hefley |
| 384 | Superior Energy | Danny | Armstrong |
| 385 | Superior Energy | Jose | Bayardo |
| 386 | Superior Energy | Justin | Boyd |
| 387 | Superior Energy | Ron | Boyd |
| 388 | Superior Energy | Greg | Ingram |
| 389 | Superior Energy | Jay | Kackley |
| 390 | Superior Energy | Jeff | Kaufmann |
| 391 | Superior Energy | James | Maroney |
| 392 | Superior Energy | Brian | Moore |
| 393 | Superior Energy | Ken | Nibling |

Domestic Energy Producers Association Members

|  | A | B | C |
|---|---|---|---|
| 1 | **Company Name** | **First Name** | **Last Name** |
| 394 | Superior Energy | David | Nightingale |
| 395 | Superior Energy | Ronny | Ortowski |
| 396 | Superior Energy | Dusty | Runnels |
| 397 | Superior Energy | Mark | Songer |
| 398 | Superior Energy | Randy | Stebbins |
| 399 | Superior Energy | Bryan | Suprenant |
| 400 | Superior Energy | Larry | Warnke |
| 401 | Superior Energy | Joe | Winkler |
| 402 | Superior Energy | Gary | Wright |
| 403 | Sweatt Construction, Inc. | Bill | Sweatt |
| 404 | TAG Petroleum, Inc. | Johnny | Griffin |
| 405 | TDS, Inc. | Greg | Dunn |
| 406 | Tejon Exploration Company |  |  |
| 407 | Te-Pe Oil & Gas | Terry | Bandy |
| 408 | Texas Alliance of Energy Producers | Alex | Mills |
| 409 | The Bill Bowman Oil Company | William | Bowman |
| 410 | The Grayrock Corporation | John | Nichols |
| 411 | The Grayrock Corporation | James | Shine |
| 412 | The Hefner Company, Inc. | John | Hefner |
| 413 | The McDaniel Company | Gary | McDaniel |
| 414 | The Quinton Little Company, Inc. | Jud | Little |
| 415 | The Quinton Little Company, Inc. | Thomas | Olsen |
| 416 | The Reserve Petroleum Company | Cameron | McLain |
| 417 | The Rim Companies/ Rim Operating, Inc. | Stephen | Rector |
| 418 | Three P Opearting Company | Josh | Phillips |
| 419 | Thunder Oil & Gas LLC | Harry | Spring |
| 420 | Tim Olson Construction, Inc. | Tim | Olson |
| 421 | TriEnergy Oil & Gas, Inc. | Joe | Bojalad |
| 422 | Trilobite Testing Inc. | Paul | Simpson |
| 423 | Tripledee Drilling Company | Thomas | Dunlap |
| 424 | TriPower Resources | John | Gibbs |
| 425 | Triumph Exploration, Inc. | Randall | Foster |
| 426 | Turner Oil & Gas Properties, Inc. | Boone | Ellis |
| 427 | U.S. Petroleum, Inc. | Judith | Myers Kelly |
| 428 | US Operating Company | David | Latchford |
| 429 | VA Isaacs & Associates | Bud | Isaacs |
| 430 | Val Energy Inc. | K. Todd | Allam |
| 431 | Vaquero Energy, Inc. | Ken | Hunter |
| 432 | Vaughan Production Company | R.H. | Vaughan |
| 433 | Venis Exploration Company | Dwain | Venis |
| 434 | Vernon L. Smith & Associates | Vernon | Smith |
| 435 | W.B. Osborn Oil & Gas Operating | William | Osborn III |
| 436 | W.M. Energy | W.M. | Montgomery |
| 437 | Wade Works, LLC | Wade | Bail |
| 438 | Wagner & Brown, Ltd. | Paul | Morris |

Domestic Energy Producers Association Members

|     | A | B | C |
| --- | --- | --- | --- |
| 1 | **Company Name** | **First Name** | **Last Name** |
| 439 | Walsh & Watts, Inc. | Alfred | Guinn |
| 440 | Walsh Petroleum | Fred | Walsh |
| 441 | Walter Exploration Company | | |
| 442 | Ward Petroleum Corporation | Lew | Ward |
| 443 | Washita Valley Enterprises, Inc. | Tiffany | Midgett |
| 444 | Waterfield Ranch | Jim | Waterfield |
| 445 | WellPro, Inc. | Pete | Peterson |
| 446 | Western Development Comapany | Frank | Bavendick |
| 447 | Western Energy Corporation | Jon | Geyerman |
| 448 | Western Hot Oil Service | Perry | Sooter |
| 449 | Westoak Production Services, Inc. | Alan | Kerby |
| 450 | WFW Production Co. | Tim | Felderhoff |
| 451 | White Energy Corporation | | |
| 452 | White Mountain Operating | Zane | White |
| 453 | White Rock Exploration | | |
| 454 | WhiteRock Exploration, Inc. | Richard | Clay |
| 455 | Whiting Oil & Gas Corporation | James | Volker |
| 456 | Wildhorse Oil & Gas Corporation | Neil | Sisson |
| 457 | Wilton Petroleum | Bernie | Rundstrom |
| 458 | Wilton Petroleum, Inc. | Bernhard | Runstrom |
| 459 | Winston Oil Co. | Robert | McGregor |
| 460 | WJG Oil Properties | | |
| 461 | WJG Oil Properties, LLC | Bill | Gasser |
| 462 | Wolverine Gas & Oil Corporation | | |
| 463 | Wood Energy, Inc. | J. Nelson | Wood |
| 464 | Worth Surveying | Thomas | Worth |
| 465 | Wyoming Casing Service | Tim | Gross |
| 466 | Y+ Ranch, Inc. | Mert | Clarkson |
| 467 | Yale Oil Association | Kit | Greene |
| 468 | Yates Petroleum Corporation | | |
| 469 | Zone Exploration, Inc. | John | Fredlund |
| 470 | | LeRoy | Abrahamson |
| 471 | | Ron | Atchley |
| 472 | | Don | Baldwin |
| 473 | | Robert | Beach |
| 474 | | David | Bole |
| 475 | | Marshall | Brackin |
| 476 | | Carroll | Brewer |
| 477 | | Jimmy | Chatham |
| 478 | | Bob | Craig |
| 479 | | Elizabeth | Cummins |
| 480 | | Arlen | Edgar |
| 481 | | Margaret | Fent |
| 482 | | Edward | Fischer |
| 483 | | Andrew | Franklin |

Domestic Energy Producers Association Members

|   | A | B | C |
|---|---|---|---|
| 1 | **Company Name** | **First Name** | **Last Name** |
| 484 |  | Radford | Freel |
| 485 |  | Albert | Geyer |
| 486 |  | Harry | Graham |
| 487 |  | George | Hegge |
| 488 |  | Greg | Johnson |
| 489 |  | F.T. | Johnson, Jr. |
| 490 |  | Raymond | Kimbell |
| 491 |  | Ann | Lacy |
| 492 |  | William | Lewis, Jr. |
| 493 |  | Kurt | Mai |
| 494 |  | John | McCool |
| 495 |  | Robert Ogle | Moore |
| 496 |  | Fieldon | Parham |
| 497 |  | Michael | Payne |
| 498 |  | John | Penson |
| 499 |  | Harry | Phillips |
| 500 |  | Jack | Phillips |
| 501 |  | Harry | Ptasynski |
| 502 |  | Jack | Rahm |
| 503 |  | Christine | Roberts |
| 504 |  | Arlene | Snyder |
| 505 |  | Robert | Stephenson |
| 506 |  | Jim | Suttle |
| 507 |  | Mark | Svoboda |
| 508 |  | Katharine | Tierney |
| 509 |  | John | Trueblood |
| 510 |  | E.E. | Yarberry |
| 511 |  | H. George | Zavisch, III |