**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

**(1) THE STATE OF OKLAHOMA,**
**E. Scott Pruitt,** Attorney General,

**(2) THE STATE OF KANSAS,**
**Derek Schmidt**, Attorney General,

**(3) THE STATE OF NORTH DAKOTA,**
**Wayne Stenehjem**, Attorney General,

**(4) DOMESTIC ENERGY PRODUCERS ALLIANCE,**

**and**

**(5) OKLAHOMA FARM BUREAU,**

**Plaintiffs,**

**v.**

**(1) DEPARTMENT OF THE INTERIOR,**

**(2) SALLY JEWELL**, in her official capacity as Secretary, U.S. Department of the Interior,

**(3) FISH & WILDLIFE SERVICE**, a part of the Department of the Interior,

**(4) DANIEL M. ASHE**, in his official capacity as Director of the Fish & Wildlife Service, ,

**(5) GARY FRAZER**, in his official capacity as Assistant Director for Endangered Species at the Fish and Wildlife Service, , and

**(6) DIXIE PORTER**, in her official capacity as the Field Supervisor, Oklahoma Ecological Services Field Office, Fish & Wildlife Service, Tulsa, OK,

**Defendants.**

**No. 4:14-cv-00123-JHP-PJC**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

OKLAHOMA FARM BUREAU, INC.

who is a √ PLAINTIFF ☐ DEFENDANT in this action, makes the following disclosures:

1. **Is party a publicly held corporation or other publicly held entity?**

(check one) ☐ Yes √ No

2. **Does party have any parent corporations?**

(check one) √ Yes ☐ No

If YES, identify all parent corporations, including grandparent and great grandparent corporations:

OKLAHOMA FARM BUREAU, INC. has a "Membership Agreement" with the American Farm Bureau Federation (AFBF) and pays dues to the national organization. Like Oklahoma Farm Bureau, AFBF is an independent, non-governmental, voluntary organization of farm and ranch families promoting agricultural interests on a national level.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

(check one) ☐ Yes √ No

If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(check one) ☐ Yes √ No

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(check one) ☐ Yes √ No

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

> OKLAHOMA FARM BUREAU, INC., is not a trade association. It is an independent, 501(c)(5) non-profit agricultural organization promoting the interests of persons engaged in raising livestock, harvesting crops or aquatic resources, cultivating useful or ornamental plants, or similar pursuits. The organization is comprised of over 100,000 member families associated for the purposed of analyzing problems faced by the Oklahoma agricultural community and formulating action to achieve education improvement, economic opportunity, and social advancement.

**DATED:** April 10, 2014

Respectfully submitted,

*s/Gerald L. Hilsher*

Gerald L. Hilsher, OBA #4218
Robert J. Joyce, OBA #12728
Jessica John Bowman, OBA #30388
McAFEE & TAFT
A Professional Corporation
1717 S. Boulder Ave., Suite 900
Tulsa, Oklahoma 74119
(918) 587-0000 - Telephone
(918) 599-9317 - Facsimile
gerald.hilsher@mcafeetaft.com
robert.joyce@mcafeetaft.com
jessica.johnbowman@mcafeetaft.com

ATTORNEYS FOR PLAINTIFF
OKLAHOMA FARM BUREAU

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

/s/*Gerald L. Hilsher*
Gerald L. Hilsher