**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| STATE OF OKLAHOMA; STATE OF KANSAS; STATE OF NORTH DAKOTA; DOMESTIC ENERGY PRODUCERS ALLIANCE; and OKLAHOMA FARM BUREAU, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; S. M. R. JEWELL, in her official capacity as Secretary of the United States Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL ASHE, in his official capacity as Director, United States Fish and Wildlife Service; GARY FRAZER, in his official capacity as Assistant Director for Endangered Species, United States Fish and Wildlife Service; and DIXIE PORTER, in her official capacity as Field Supervisor of the Oklahoma Ecological Services Field Office, United States Fish and Wildlife Service,<br><br>        Defendants. | No. 4:14-cv-00123-JHP-PJC |

**DEFENDANTS' RESPONSE TO**
**PLAINTIFFS' NOTICE OF AUTHORITY REFERENCED IN ARGUMENT**

In response to Plaintiffs' Notice of Authority Referenced in Argument ("Notice"), *see* Docket ("Dkt.") 65, Defendants United States Department of the Interior ("Interior"); S. M. R. Jewell, in her official capacity as Secretary of the Interior; the United States Fish and Wildlife Service ("FWS"); Daniel Ashe, in his official capacity as FWS's Director; Gary Frazer, in his official capacity as FWS's Assistant Director for Endangered Species; and Dixie Porter, in her official capacity as Field Supervisor of FWS's Oklahoma Ecological Services Field Office,

1

(collectively, "Defendants") respectfully submit full and complete copies (attached as Exhibits 1-3) of the three documents referenced in Plaintiffs' Notice.  Because Plaintiffs only filed selected excerpts from these documents with their Notice, Defendants submit full and complete copies of these documents to provide the Court with the appropriate context for the portions highlighted by Plaintiffs.  Defendants also respectfully refer this Court to Defendants' prior briefing, in which Defendants explained that Plaintiffs have misread one of the documents, *see* Dkt. 55 at 9 n.4; Dkt. 62-1 at 18 n.13, and further assert that the same reasoning should apply to the two other documents, which were not addressed in Plaintiffs' earlier briefing.

Dated:  June 19, 2014					Respectfully submitted,

							SAM HIRSCH
							Acting Assistant Attorney General
							SETH M. BARSKY
							Section Chief
							KRISTEN L. GUSTAFSON
							Assistant Section Chief
							CLIFFORD E. STEVENS, JR.
							Trial Attorney


							*/s/ H. Hubert Yang*
							H. HUBERT YANG
							Trial Attorney
							United States Department of Justice
							Environment & Natural Resources Division
							Wildlife & Marine Resources Section
							Ben Franklin Station
							P.O. Box 7611
							Washington, DC 20044-7611
							Tel: (202) 305-0210
							Fax: (202) 305-0275
							E-mail: clifford.stevens@usdoj.gov
							E-mail: hubert.yang@usdoj.gov

							Of Counsel:

							JOAN GOLDFARB
							Attorney-Adviser

BENJAMIN JESUP
Attorney-Adviser
United States Department of the Interior
Office of the Solicitor
Branch of Fish & Wildlife
Washington, DC Headquarters

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically filed the foregoing Defendants' Response To Plaintiffs' Notice Of Authority Referenced In Argument with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ H. Hubert Yang
H. HUBERT YANG
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*